UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JEEHOON PARK

               Plaintiff,

-against-                           1:17 Civ. 4473

**MOTION FOR ADMISSION**

**PRO HAC VICE**

SKIDMORE, OWINGS & MERRILL LLP et al.

               Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Cortney S. Alexander hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Jeehoon Park in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 29, 2019        Respectfully Submitted,

                                   Applicant Signature: _____
                                   Applicant's Name: Cortney S. Alexander
                                   Firm Name: Kent & Risley LLC
                                   Address: 5755 N Point Pkwy Ste 57
                                   City/State/Zip: Alpharetta, GA 30022
                                   Telephone/Fax: Ph: (404) 855-3867 / Fx: (770) 462-3299
                                   Email: cortneyalexander@kentrisley.com

SO ORDERED
Dated: 1/30/19

                RICHARD J. SULLIVAN
                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/19