UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JEHOON PARK,

                Plaintiff,

-v-

SKIDMORE, OWINGS & MERRILL LLP *et al.*,

                Defendants.

No. 17-cv-4473 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from Defendants informing the Court that the parties have reached a settlement. (Doc. No. 72.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:     January 7, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation